```
                    UNITED STATES DISTRICT COURT
                             FOR THE
                  MIDDLE DISTRICT OF PENNSYLVANIA
```

**DANIEL   RODRIGUEZ,**              :
                                     :
         Petitioner                  :     No. 1:14-CV-01223
                                     :
   vs.                               :     (Judge Kane)
                                     :
**DAVID J. EBBERT, WARDEN,**         :
                                     :
         Respondent                  :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Rodriguez's petition for writ of habeas corpus (Doc. 1) is dismissed.

2. The Clerk of Court is directed to close this case.

                          S/ Yvette Kane
                          Yvette Kane
                          United States District Judge

Date: April 7, 2015